# Court of Appeals
# of the State of Georgia

ATLANTA,  February 13, 2023

*The Court of Appeals hereby passes the following order:*

**A23D0227. RON LESLIE v. PPF AMLI ROXBORO ROAD, LLC d/b/a AMLI BUCKHEAD APARTMENTS.**

PPF Amli Roxboro Road, LLC, d/b/a Amli Buckhead Apartments ("Amli") filed a dispossessory action against Ron Leslie in Fulton County Magistrate Court, seeking a writ of possession for an apartment leased to Leslie. The complaint also sought over $8,000 in back rent, late fees, and utility payments that Leslie allegedly owed. After Leslie failed to appear at the scheduled hearing, the trial court granted Amli a default judgment. See OCGA § 15-10-42 (e).  Leslie thereafter moved pursuant to OCGA § 15-10-42 (g) to set aside the default. The magistrate court denied that motion, and Leslie then filed this application for a discretionary appeal. We, however, lack jurisdiction.

"The only avenue of appeal available from [a] magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows for a de novo appeal to the state or superior court." *Handler v. Hulsey*, 199 Ga. App. 751, 751 (406 SE2d 225) (1991). Accordingly, this Court has jurisdiction to consider matters addressed in a magistrate court's order only if the state or superior court has first reviewed that order. See *Baker v. G. T., Ltd.*, 194 Ga. App. 450, 451 (3) (391 SE2d 1) (1990). Given the lack of an appealable state or superior court order, we are unable to consider this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

      *Clerk's Office, Atlanta,__02/13/2023_____*

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*